**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **CURTIS GIOVANNI FLOWERS** | **PLAINTIFF** |
| **V.** | **NO: 4:21CV110-M-V** |
| **DOUG EVANS, in his individual capacity, et al.** | **DEFENDANTS** |

## ORDER OF RECUSAL

In 2000, I was a Justice on the Mississippi Supreme Court where I participated in the initial appeal of the criminal case at issue here, joining a May 11, 2000 opinion reversing and remanding the case to the trial court. The May 2000 opinion was later withdrawn. I did not join the superseding opinion which was finally handed down on December 21, 2000.

I recognize that this prior involvement with Curtis Flowers and Doug Evans could give the appearance of partiality. Both the parties and the public are entitled to both impartiality and the appearance of impartiality.

As such, I hereby **RECUSE** myself from further participation in this cause. The Clerk of the United States District Court for the Northern District of Mississippi is hereby directed to randomly reassign this case.

**IT IS HEREBY ORDERED,** this, the 10th day of September, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**