# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**              **PLAINTIFF**

**VS.**             **NO. 4:21CV110-NBB-JMV**

**DOUG EVANS, in his individual capacity,**
**JOHN JOHNSON, in his individual capacity,**
**WAYNE MILLER, in his individual capacity,**
**and JACK MATTHEWS, in his individual**
**capacity**             **DEFENDANTS**

## DEFENDANT JACK MATTHEW'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Jack Matthews, by and through counsel, and moves the Court for an Order extending the time within which to respond to the Complaint filed by Plaintiff, and in support thereof would show the following:

1. The undersigned recently was retained to represent Defendant Jack Matthews and requires additional time to respond due to his schedule.

2. Defendant Jack Matthews requests this Court to extend the time within which to file an Answer or other responsive pleading through and including October 28, 2021.

3. Plaintiff's counsel has no objection to the requested extension.

This the 12th day of October, 2021.

                               s/<u>Berkley N. Huskison (MSB #9582)</u>
                               *Attorney for Defendant Jack Matthews*

Of Counsel

Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316 - phone
(662) 328-8035 - facsimile
bhuskison@mitchellmcnutt.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Robert B. McDuff, Esquire
Mississippi Center for Justice
767 North Congress Street
Jackson, MS 39202
*rbm@mcdufflaw.com*

This the 12th day of October, 2021.

s/<u>Berkley N. Huskison</u>

1257829