**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CURTIS GIOVANNI FLOWERS**                               **PLAINTIFF**

VS.                                                            **NO. 4:21CV110-NBB-JMV**

**DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity,
and JACK MATTHEWS, in his individual
capacity**                                                      **DEFENDANTS**

---

**ORDER**

This cause came on to be heard on the motion of Defendant, Jack Matthews, for additional time within which to file an answer or other responsive pleading to Plaintiff's Complaint. The Court, being advised in the premises, finds that the motion is well taken and is, therefore, sustained.

IT IS, THEREFORE, ORDERED that Defendant, Jack Matthews, is granted additional time up to and including the 28th day of October, 2021, within which to serve an answer or other responsive pleading to the complaint.

This 12th day of October, 2021.

                                                     /s/ Jane M. Virden
                                                     UNITED STATES MAGISTRATE JUDGE