

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS 38821

Telephone: (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS 38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS 38701

October 12, 2021

Curtis Giovanni Flowers

v.  Case No. 4:21cv110-NBB-JMV

Doug Evans, et al

**PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

>Doug Evans
>John Johnson
>Wayne Miller

DAVID CREWS, CLERK

By: ___s/ Jennifer L. Adams___
Deputy Clerk/Case Manager