IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**                                                       **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NUMBER 4:21-cv-110-MPM-JMV**

**DOUG EVANS, in his individual capacity,**                            **DEFENDANT**
**JOHN JOHNSON, in his individual capacity,**
**And JACK MATTHEWS, in his individual**
**capacity**

## ENTRY OF APPEARANCE

COMES NOW Gerald L. Kucia of the Mississippi Attorney General's Office and hereby enters his appearance in the above-styled and numbered cause as counsel of record for Defendant, Doug Evans, in his individual capacity.

THIS the 22nd day of October 2021.

                                                            Respectfully submitted,

                                                            DOUG EVANS, IN HIS INDIVIDUAL
                                                            CAPACITY

                             By:      LYNN FITCH, ATTORNEY GENERAL
                                      STATE OF MISSISSIPPI

                             By:      s/Gerald L. Kucia
                                      GERALD L. KUCIA (MSB #8716)
                                      MARY JO WOODS (MSB #10468)
                                      Special Assistants Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Email: gerald.kucia@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, Gerald L. Kucia, Special Assistant Attorney General and attorney for Defendant Doug Evans, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's MEC/ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 22nd day of October 2021.

s/Gerald L. Kucia<br>
GERALD L. KUCIA