# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CURTIS GIOVANNI FLOWERS; *Plaintiff*, v. DOUG EVANS, in his individual capacity, JOHN JOHNSON, in his individual capacity, WAYNE MILLER, in his individual capacity, and JACK MATTHEWS, in his individual capacity; *Defendants*. | Civil Action No. 4:21-cv-00110-NBB-JMV |

## UNOPPOSED MOTION FOR EXTENSIONS OF TIME REGARDING BRIEFING ON DEFENDANT EVANS'S MOTION TO DISMISS

Curtis Giovanni Flowers ("Plaintiff" or "Mr. Flowers"), by and through counsel of record, respectfully moves this Court for an agreed extension of the deadline for Mr. Flowers to file a response to Defendant Doug Evans's motion to dismiss and an agreed extension for Mr. Evans to file his reply brief, and states:

1. On October 21, 2021, Evans filed a motion to dismiss for failure to state a claim, ECF No. 7.

2. Pursuant to Local Rule 7(b)(4), Plaintiff's response to the motion to dismiss is currently due on November 4, 2021.

3. Plaintiff respectfully requests that this Court extend the time for Plaintiff to respond to the motion to dismiss to November 23, 2021.

4. Plaintiff has conferred with counsel for Mr. Evans, who does not oppose this extension.

5. Counsel for Mr. Evans has further conferred with counsel for Mr. Flowers and requested until December 6, 2021 to file any reply. Counsel for Mr. Flowers does not oppose this extension.

WHEREFORE, Mr. Flowers respectfully requests that this Court issue an order extending the time for Mr. Flowers to file his response to November 23, 2021 and time for Mr. Evans to file his reply until December 6, 2021.

Dated: October 29, 2021

Respectfully submitted,

By: /s/ Robert B. McDuff.
Robert B. McDuff (MS Bar No. 2532)
Mississippi Center for Justice
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com
T. (601) 259-8484

Jonathan L. Abram (*pro hac vice* forthcoming)
Kathryn Marshall Ali (*pro hac vice* forthcoming)
W. David Maxwell (*pro hac vice* forthcoming)
Kaitlyn A. Golden (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
kaitlyn.golden@hoganlovells.com

*Counsel for Plaintiff Curtis Giovanni Flowers*

1

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

  THIS the 29th day of October, 2021.

By: /s/ Robert B. McDuff
Robert B. McDuff (MS Bar No. 2532)
