IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**                               **PLAINTIFF**

VS.                                         **NO. 4:21CV110-NBB-JMV**

**DOUG EVANS, in his individual capacity,**
**JOHN JOHNSON, in his individual capacity,**
**WAYNE MILLER, in his individual capacity,**
**and JACK MATTHEWS, in his individual**
**capacity**                              **DEFENDANTS**

## ORDER

This cause came on to be heard on the unopposed oral motion of Defendant, Jack Matthews, for additional time within which to file an answer to Plaintiff's Complaint. The Court finds the motion is well taken. Accordingly, Defendant Matthews's response to the Complaint is now due on or before November 4, 2021.

SO ORDERED this 29th day of October, 2021.

                                                     /s/ Jane M. Virden
                                                     UNITED STATES MAGISTRATE JUDGE