# EXHIBIT A

**EXHIBIT A to Application for Admission Pro Hac Vice of Jonathan Abram**

**(C) All other courts before which I have been admitted to practice:**

**To the best of my recollection:**

| Jurisdiction | Period of Admission |
|---|---|
| United States Supreme Court | 05/13/1991 – current |
| 4th Circuit Court of Appeals | 09/13/1991 – current |
| 6th Circuit Court of Appeals | 06/05/1991 – current |
| 8th Circuit Court of Appeals | 05/18/2009 – current |
| United States Court of Appeals for the DC Circuit | 06/20/1991 – current |
| United States District Court for the District of Columbia | 07/08/1985 – 07/01/2011 (no longer active) |
| State of Florida (Bar Number 332151) | 11/10/1981 – resigned (no longer active/eligible to practice law in Florida) |