# EXHIBIT A

**EXHIBIT A to Application for Admission Pro Hac Vice of Kathryn Marshall Ali**

**(C) All other courts before which I have been admitted to practice:**

| Jurisdiction | Period of Admission |
|---|---|
| State of California Bar (#282042) | 02/13/2012 – current |
| United States Supreme Court | 08/28/2015 – current |
| 4th Circuit Court of Appeals | 05/11/2012 – current |
| 5th Circuit Court of Appeals | 01/12/2015 – current |
| 6th Circuit Court of Appeals | 07/01/2016 – current |
| 7th Circuit Court of Appeals | 11/20/2020 – current |
| 9th Circuit Court of Appeals | 07/30/2012 – current |
| 10th Circuit Court of Appeals | 11/15/2019 - current |
| 11th Circuit Court of Appeals | 06/10/2013 - current |
| United States Court of Appeals for the DC Circuit | 04/15/2013 – current |
| United States District Court for the Northern District of California | 04/01/2013 – current |
| United States District Court for the Eastern District of California | 02/03/2014 – current |
| United States District Court for the District of Columbia | 05/05/2014 – current |
| United States District Court for the Southern District of Illinois | 06/10/2014 – current |
| United States District Court for the Northern District of Illinois | 04/09/2014 – current |
| United States District Court for the Southern District of California | 02/17/2017 – current |
| United States District Court for the Eastern District of Texas | 01/08/2015 – current |