# EXHIBIT A

**EXHIBIT A to Application for Admission Pro Hac Vice of Kaitlyn A. Golden**

**(C) All other courts before which I have been admitted to practice:**

| Jurisdiction | Period of Admission |
|---|---|
| State of Washington Bar (#632245) | 12/15/2015 – current |
| United States Supreme Court | 03/18/2019 – current |
| 7th Circuit Court of Appeals | 11/20/2020 – current |
| 3d Circuit Court of Appeals | 02/12/2019 – current |
| United States District Court for the District of Columbia | 01/06/2020 – current |