# EXHIBIT A

EXHIBIT A to Application for Admission Pro Hac Vice of W. David Maxwell

(C) All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
| --- | --- |
| State of Georgia Bar (#632245) | 07/14/2015 – current |
| United States Court of Appeals for the Federal Circuit | 09/11/2015 – current |
| United States District Court for the District of Colorado | 08/24/2016 – current |