IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CURTIS GIOVANNI FLOWERS                 PLAINTIFF

VS.                     CAUSE NO: 4:21CV110 NBB/JMV

DOUG EVANS, in his individual capacity, JOHN
JOHNSON, in his individual capacity, WAYNE
MILLER, in his individual capacity, and JACK
MATTHEWS, in his individual capacity,                 DEFENDANTS

## ENTRY OF APPEARANCE

PLEASE TAKE NOTE that H. Scot Spragins, Lawrence J. Tucker, Jr., and the law firm of Hickman, Goza & Spragins, PLLC, Oxford, Mississippi, will appear and defend the interests of Wayne Miller.

Respectfully submitted,

WAYNE MILLER

*/s/ Lawrence J. Tucker, Jr.*
H. SCOT SPRAGINS, MSB #7748
LAWRENCE J. TUCKER, JR., MSB #100869
Hickman, Goza & Spragins, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000
*sspragins@hickmanlaw.com*
*ltucker@hickmanlaw.com*

## **CERTIFICATE OF SERVICE**

  I, Lawrence J. Tucker, Jr. of Hickman, Goza & Spragins, PLLC, Attorneys at Law, Oxford, Mississippi, do hereby certify that I have, this date, filed the above with the Clerk of the Court, and a copy has been electronically transmitted to all counsel of record.

  This, the 3rd day of November, 2021.

                */s/ Lawrence J. Tucker, Jr.*
                LAWRENCE J. TUCKER, JR.