**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CURTIS GIOVANNI FLOWERS**                                                  **PLAINTIFF**

**V.**                                                                                         **NO. 4:21-cv-110-NBB-JMV**

**DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity, and
JACK MATTHEWS, in his individual capacity**             **DEFENDANTS**

### ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE

The court has considered the motion for admission of attorney **Jonathan L. Abram** as counsel *pro hac vice* on behalf of **Curtis Giovanni Flowers**. Upon due consideration of this motion and review of the record in this cause, the court finds that the requirements of L. U. Civ. R. 83.1(d) have been met, and the motion should be **GRANTED**.

However, admission *pro hac vice* **shall be conditioned** upon the completion of the process of registration to be served electronically with orders and notices from the court and electronically filing a Notice of Attorney Appearance.

**Failure to comply with these additional requirements will result in revocation of admission *pro hac vice*.** If counsel has not already completed the registration process, counsel shall do so within **five (5) business days** of the date of this order.

Finally, prior to the completion of electronic registration, it remains the responsibility of **local counsel** to notify counsel admitted by this order of all filings with the court in this action including this order.

**SO ORDERED**, this the 3rd day of November, 2021.

                                                         /s/ Jane M. Virden
                                                    **UNITED STATES MAGISTRATE JUDGE**