# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

CURTIS GIOVANNI FLOWERS;

    *Plaintiff*,

v.

DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity,
and JACK MATTHEWS, in his individual
capacity;

    *Defendants*.

Civil Action No. 4:21-cv-00110-NBB-JMV

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Curtis Giovanni Flowers has filed an unopposed motion for an extension of time from November 4 to November 23, 2021, of the deadline to file a response to Defendant Doug Evans's motion to dismiss and an agreed extension until December 6, 2021, for Mr. Evans to file any reply.

Upon consideration, the motion is hereby GRANTED.

This 4th day of November, 2021.

    /s/ Neal Biggers
    UNITED STATES DISTRICT JUDGE