

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS  38821

Telephone: (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS  38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS  38701

November 22, 2021

Curtis Giovanni Flowers

v.                                                            Case No. 4:21cv110-NBB-JMV

Doug Evans, et al

    **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

John Johnson

DAVID CREWS, CLERK

By:     s/ Jennifer L. Adams
        Deputy Clerk/Case Manager