AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

CURTIS GIOVANNI FLOWERS )
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:21cv110-MPM-JMV
DOUG EVANS, in his individual capacity, )
JOHN JOHNSON, in his individual capacity, )
H. WAYNE MILLER, in his individual capacity, and )
JACK MATTHEWS, in his individual capacity. )
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    John Johnson
    153 Graysport Road
    Winona, MS 38967-9589

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert B. McDuff
    Mississippi Center for Justice
    767 North Congress Street
    Jackson, MS 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID CREWS,
*CLERK OF COURT* 

Date:   9/3/2021                   s/J. REDDITT

                                                                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **John Johnson**
was received by me on *(date)* **9.9.21**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* **11·10·21** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **17.74** for travel and $ **50.00** for services, for a total of $ **67.74**.

I declare under penalty of perjury that this information is true.

Date: **11·11·21**

*Server's signature*

**Eric Fowler**
*Printed name and title*

**1450 Sayles Rd. Duck Hill MS 38925**
*Server's address*

Additional information regarding attempted service, etc: