# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**                          **PLAINTIFF**

**v.**                      **CIVIL ACTION NO. 4:21-CV-110-MPM-JMV**

**DOUG EVANS, in his individual capacity,**
**JOHN JOHNSON, in his individual capacity,**
**WAYNE MILLER, in his individual capacity,**
**and JACK MATTHEWS, in his individual capacity**        **DEFENDANTS**

## ENTRY OF APPEARANCE

    **NOW COMES** Jamie F. Lee of the firm Jacks | Griffith | Luciano, P.A., Attorneys at Law, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters her appearance as counsel of record for Defendant John Johnson, in his individual capacity.

    **RESPECTFULLY SUBMITTED** this the 1st day of December, 2021.

                                                  **JACKS| GRIFFITH| LUCIANO, P.A.**

                               By:     /s/ *Jamie F. Lee*
                                              Jamie F. Lee, MS Bar No. 101881
                                              Attorney for Defendant John Johnson

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: jamie@jlpalaw.com

## **CERTIFICATE OF SERVICE**

  I, Jamie F. Lee, attorney of record for Defendant, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following:

    Mary Jo Woods
    Gerald L. Kucia
    MS Attorney General's Offie
    Email: mary.woods@ago.ms.gov
       gerald.kucia@ago.ms.gov
    **Attorneys for Doug Evans**

    Hal S. Spragins, Esq.
    Lawrence John Tucker, Jr.
    Hickman, Goza & Spragins, PLLC
    Email: sspragins@hickmanlaw.com
       lawrencetucker@hitkmanlaw.com
    **Attorneys for Wayne Miller**

    Berkley N. Huskison, I, Esq.
    Mitchell McNutt & Sams
    Email: bhuskison@mitchellmcnutt.com
    **Attorney for Jack Matthews**

    Jonathan L. Abram, Esq.
    Kaitlyn A. Golden, Esq.
    Kathryn Marshall Ali, Esq.
    W. David Maxwell, Esq.
    Email: jonathan.abram@hoganlovells.com
       kaitlyn.golden@hoganlovells.com
       kathryn.ali@hoganlovells.com
       david.maxwell@hoganlovells.com
    **Attorneys for Plaintiff**

    Robert B. McDuff, Esq.
    Robert B. McDuff, Attorney
    Email: rbm@mcdufflaw.com
    **Attorney for Plaintiff**

  **DATED** this 1st day of December, 2021.

              /s/ ***Jamie F. Lee***
              Jamie F. Lee