# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**                                       **PLAINTIFF**

**v.**                           **CIVIL ACTION NO. 4:21-CV-110-MPM-JMV**

**DOUG EVANS, in his individual capacity,**
**JOHN JOHNSON, in his individual capacity,**
**WAYNE MILLER, in his individual capacity,**
**and JACK MATTHEWS, in his individual capacity**         **DEFENDANTS**

## ENTRY OF APPEARANCE

**NOW COMES** Daniel J. Griffith of the firm Jacks | Griffith | Luciano, P.A., Attorneys at Law, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters his appearance as counsel of record for Defendant John Johnson, in his individual capacity.

**RESPECTFULLY SUBMITTED** this the 1st day of December, 2021.

                                          **JACKS| GRIFFITH| LUCIANO, P.A.**

                         By:    /s/ ***Daniel J. Griffith***
                                Daniel J. Griffith, MS Bar No. 8366
                                Attorney for Defendant John Johnson

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: dgriffith@jlpalaw.com

## CERTIFICATE OF SERVICE

    I, Daniel J. Griffith, attorney of record for Defendant, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following:

>Mary Jo Woods
>Gerald L. Kucia
>MS Attorney General's Offie
>Email: mary.woods@ago.ms.gov
>        gerald.kucia@ago.ms.gov
>**Attorneys for Doug Evans**
>
>Hal S. Spragins, Esq.
>Lawrence John Tucker, Jr.
>Hickman, Goza & Spragins, PLLC
>Email: sspragins@hickmanlaw.com
>        lawrencetucker@hitkmanlaw.com
>**Attorneys for Wayne Miller**
>
>Berkley N. Huskison, I, Esq.
>Mitchell McNutt & Sams
>Email: bhuskison@mitchellmcnutt.com
>**Attorney for Jack Matthews**
>
>Jonathan L. Abram, Esq.
>Kaitlyn A. Golden, Esq.
>Kathryn Marshall Ali, Esq.
>W. David Maxwell, Esq.
>Email: jonathan.abram@hoganlovells.com
>        kaitlyn.golden@hoganlovells.com
>        kathryn.ali@hoganlovells.com
>        david.maxwell@hoganlovells.com
>**Attorneys for Plaintiff**
>
>Robert B. McDuff, Esq.
>Robert B. McDuff, Attorney
>Email: rbm@mcdufflaw.com
>**Attorney for Plaintiff**

    **DATED** this 1st day of December, 2021.

                                            /s/ ***Daniel J. Griffith***
                                            Daniel J. Griffith