**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CURTIS GIOVANNI FLOWERS**                                             **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NUMBER 4:21-cv-110-NBB-JMV**

**DOUG EVANS, in his individual capacity,**                             **DEFENDANT**
**JOHN JOHNSON, in his individual capacity,**
**WAYNE MILLER, in his individual capacity,**
**And JACK MATTHEWS, in his individual**
**capacity**

**UNOPPOSED MOTION FOR EXTENSION OF TIME REGARDING
BRIEFING IN REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT DOUG EVANS'S MOTION TO DISMISS**

COMES NOW, Doug Evans, a Defendant (hereinafter "District Attorney Evans"), by and through counsel of record, and respectfully moves this Court for an agreed extension of the deadline for him to file a reply to the Plaintiff's Response in Opposition to District Attorney Evans' Motion to Dismiss, as follows:

1. Pursuant to this Court's order dated November 4, 2021, District Attorney Evans' reply to the Plaintiff's Response in Opposition to his motion to dismiss is due on December 6, 2021.

2. District Attorney Evans respectfully requests that this Court extend the time for him to respond to the Plaintiff's opposition to December 8, 2021.

3. District Attorney Evans has conferred with Plaintiff's counsel and requested until December 8, 2021, to file his reply. Plaintiff's counsel does not oppose this extension.

1

WHEREFORE, PREMISES CONSIDERED, District Attorney Evans requests that this Court enter an order extending the time for him to file a reply to the Plaintiff's opposition to motion to dismiss until December 8, 2021.

This the 3rd day of December, 2021.

                                      Respectfully submitted,

                                      DOUG EVANS, in his individual capacity,
                                      DEFENDANT

                        By:    LYNN FITCH, ATTORNEY GENERAL
                                STATE OF MISSISSIPPI

                        By:    s/Gerald L. Kucia
                                GERALD L. KUCIA (MSB #8716)
                                Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

ATTORNEY FOR DEFENDANT DOUG EVANS
     IN HIS INDIVIDUAL CAPACITY

## <u>CERTIFICATE OF SERVICE</u>

I, Gerald L. Kucia, Special Assistant Attorney General and attorney for Defendant Doug Evans, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing to the Court's ECF system which sent notification of such filing to all counsel of record.

<u>s/Gerald L. Kucia</u><br>
GERALD L. KUCIA (MSB #8716)<br>
Special Assistant Attorney General