## STATEMENT OF EDWARD LEE MCCHRISTIAN

Today's date is August 15, 1996, the time is now 4:19 P. M. . The following is a voluntary statement from Edward Lee McChristian. The location is Winona Police Department. This statement is given to John Johnson, Investigator with the District Attorney's office.

Johnson: Mr. McChristian, I want to direct your attention back to July 16, 1996. That is the day that the murders occurred at Tardy Furniture in Winona, Ms. In the early morning hours did you have a chance to see Curtis Flowers on that date?

McChristian: Yes. he came through there walking.

Johnson: Which way was he walking from?

McChristian: He came up Academy Street.

Johnson: Going North?

McChristian: Yeah, going North.

Johnson: Coming from toward 407?

McChristian: Yes.

Johnson: Who was sitting on your front porch that morning?

McChristian: Clarence Forrest and "Bull" Benard.

Johnson: Benard Seals. They call him "Bull" don't they?

McChristian: Yeah.

Johnson: Your address there is 603 Academy?

McChristian: Yes.

Johnson: Do you know what time it was?

McChristian: I just didn't look at the clock. I don't know. It was early.

Johnson: It was early. If Clarence Forrest has to be at work at the school at eight o'clock, do you think it would have had to be before 8:00?

McChristian: It had to be before eight o'clock.

Johnson: Clarence Forrest comes by there pretty regular in the mornings?

McChristian: Yes, in the mornings.

Johnson: What do ya'll do? Just sit and have coffee and talk?

McChristian: Just sit and talk.

Johnson: How long have you known Curtis Flowers?

McChristian: I really don't know him. That is the reason I didn't say nothing to him.

Johnson: But you know him when you see him?

McChristian: Yes. I know him when I see him.

Johnson: You know Archie Flowers?

McChristian: Yes, I know his daddy.

Johnson: Was anything said to Curtis Flowers by any of ya'll that morning?

McChristian: No, we didn't say nothing to him.

Johnson: Did ya'll communicate about that later after he walked off?

McChristian: Naw, we was just curious because we thought he was supposed to be at work. We were just curious because he was not working.

Johnson: Where did you think he was working?

McChristian: I thought he still was working at the furniture factory. I did not know. That is where he used to work at, so that is where I thought he was working.

Johnson: Are you talking about Richardson Brothers Furniture, because Archie, his brother, works down there, doesn't he?

McChristian: I know he used to work there, but I thought he was still working there.

Johnson: Do you know what kind of clothing Curtis had on that morning?

McChristian: I don't remember.

Johnson: Do you know about the pants? You mentioned before taping this that he had on baggy pants.

EXHIBIT B - STATEMENT OF EDWARD LEE MCCHRISTIAN

McChristian: I don't really remember.

Johnson: You don't remember? Did you see his shoes? Do you know what kind of shoes he had on?

McChristian: Naw

Johnson: What about a cap? Did he have a cap on?

McChristian: Naw, he did not have a cap on.

Johnson: That will conclude the statement. The time is now 4:22 P. M.

EXHIBIT B - STATEMENT OF EDWARD LEE MCCHRISTIAN