## STATEMENT OF BENARD SEALS

Today's date is August 16, 1996, the time is now 9:37 P. M. . The following is a voluntary statement from Benard Seals from 603 Academy Street, Winona. The location is Winona Police Department. This statement is given to John Johnson, Investigator with the District Attorney's office and Robert Jennings, Investigator with the District Attorney's office.

Johnson: Mr. Seals, I want to direct your attention back to July 16, 1996. That is the day that the murders occurred at Tardy Furniture in Winona, Ms. You remember that I assume?

Seals: Well, we did not know nothing about it. I hadn't even left home all that morning.

Johnson: You do remember hearing about the murders at Tardy?

Seals: I heard it on the radio.

Johnson: What time did you hear about it?

Seals: Something until eleven. I think it came on the news on the radio.

Johnson: Going back to earlier that morning, did you see Curtis Flowers that morning?

Seals: I seen him walking up Academy.

Johnson: You saw him walking up Academy Street. Where were you at when you saw him?

Seals: I was sitting on some benches, some benches on our porch.

Johnson: Bench right there at your front porch at 603 Academy Street?

Seals: Yeah.

Johnson: What direction did Curtis come from?

Seals: He came from down by 407 going that way.

Johnson: Going North, you are pointing north. Academy Street runs north and south, doesn't it?

Seals: Right

Johnson: Did he make any comments to you or you to him or to anybody?

Seals: No

EXHIBIT C - STATEMENT OF BENARD SEALS

Johnson: Did he speak to anybody?

Seals: He spoke and kept on walking.

Johnson: You think he did speak?

Seals: If I am not mistaken, he spoke.

Johnson: You did not notice any thing unusual about him that morning did you?

Seals: No, Sir.

Johnson: Anything about his dress? Do you remember how he was dressed?

Seals: No, Sir. I just knowed it was him. I did not pay any attention.

Johnson: You have been knowing Curtis a long time?

Seals: Right.

Johnson: How long?

Seals: I say about 15 years.

Johnson: You know his mamma and daddy? You know his brother Archie? He has got a sister, too, doesn't he?

Seals: Yeah, he's got some sister. He got some brothers, too.

Johnson: You know Curtis Flowers when you see him? There is no question about that, is there?

Seals: Yeah, I know him.

Johnson: That will conclude the statement. The time is now 9:40 A. M.

EXHIBIT C - STATEMENT OF BENARD SEALS