## STATEMENT OF CLARENCE BENARD FORREST

Today's date is August 15, 1996, the time is now 3:22 P. M. . The following is a voluntary statement from Clarence Benard Forrest. The location is Dr. Smith's office, the Superintendent of Education, City of Winona. This statement is given to John Johnson, Investigator with the District Attorney's office, it is also witnessed by Dr. Smith.

Johnson: Clarence, I want to direct your attention back to July 16, 1996, in the early morning hours, and ask you did you have a chance to see Curtis Flowers on that date?

FORREST: I saw him.

Johnson: Approximately what time was it when you saw him?

FORREST: It was between 7:40 and 7:45.

Johnson: Why are you so certain about the time?

FORREST: We try to keep up with the time (inaudible) just in case anything happens, I will know time it was.

Johnson: What time do you have to be at work?

FORREST: Eight.

Johnson: And you kind of relate to that as far as the time?

FORREST: (Inaudible) on time.

Johnson: Where were you at? Give me the location where you were at when you saw Curtis.

FORREST: On Academy Street.

Johnson: At whose house?

FORREST: (Inaudible) McChristian

Johnson: Where Pop McChristian used to live down there on South Academy?

FORREST: Right

Johnson: Were you by yourself?

FORREST: I was in the car by myself, but me and two more people were sitting on the porch.

EXHIBIT D - STATEMENT OF CLARENCE BENARD FORREST

Johnson: You drove down there by yourself, but you were sitting on a front porch when you saw him?

FORREST: Right.

Johnson: Who was sitting on the front porch with you?

FORREST: Me and Edward Lee and (inaudible)

Johnson: Where was Curtis Flowers and what was he doing?

FORREST: He was walking (inaudible)

Johnson: He was on Academy Street walking which direction?

FORREST: North.

Johnson: Going North, going toward town?

FORREST: That is right.

Johnson: Did you communicate with him, say anything with him?

FORREST: I just said a few words to him and that was it.

Johnson: What did you say to him?

FORREST: I asked him why he was sweating so hard?

Johnson: What was his response?

FORREST: He didn't say nothing or at least I didn't hear him say nothing. He probably did say something, but I did not hear him.

Johnson: Did you say anything else to him?

FORREST: No, Sir.

Johnson: Do you know how he was dressed that morning?

FORREST: Jogging pants on, Silk jogging pants and a navy blue shirt.

Johnson: What kind of shoes did he have on?

FORREST: Tennis shoes.

EXHIBIT D - STATEMENT OF CLARENCE BENARD FORREST

Johnson: Do you know what color they were?

FORREST: White.

Johnson: Did he have on a cap?

FORREST: He did not have a cap on.

Johnson: Was anybody with him?

FORREST: By himself

Johnson: When you asked Curtis about why he was running, or jogging...what was the question again?

FORREST: He wouldn't say nothing. He just kept walking on ahead.

Johnson: Why did you ask this question to him?

FORREST: Just to be talking to him. Just to speak ..just to try to get a conversation.

Johnson: Was he sweating at that time?

FORREST: Yes, he was sweating.

Johnson: Sweating a little bit or alot?

FORREST: Alot.

Johnson: Did Benard Seals or Edward Lee McChristian say anything to you or did ya'll make any comments to each other that morning?

FORREST: We did not make any comment exactly, but he asked me why I asked that man that question.

Johnson: Who asked you that?

FORREST: Edward. (inaudible)

Johnson: Edward Lee McChristian said"He's probably." what?

FORREST: (Inaudible)

Johnson: Did you see Curtis Flowers any other time that day?

FORREST: No.

EXHIBIT D - STATEMENT OF CLARENCE BENARD FORREST

Johnson:   How many years have you known Curtis Flowers, approximately?

FORREST:   About 5 or 6 years.

Johnson:   See him fairly regular...you know him when you see him?

FORREST:   That is all I know him, when I see him, a far as being with him (inaudible)

Johnson:   So you saw him on the morning of the 16th. What time that day did you hear about the murders at Tardy?

FORREST:   About 10 or 10:30.

Johnson:   I thought just prior to this tape you indicated that it was around noon?

FORREST:   It was not noon (inaudible)

Johnson:   A lady across the street from where Dr. Smith lives there on College Street came out and said something to you about it?

FORREST:   Yes.

Johnson:   You do not know that lady's name?

FORREST:   I don't know her name. She just stuck her head out and hollered across the street. (inaudible) Somebody around here just got through killing four (4) people while ago. She said, "I'm not trying to scare you, but just be careful out there." I told her "Yes, Ma'm". I just tried to hurry and get through and then when I come across here that lady had the door locked. They were scared themself. I just told them I was trying to get close somewhere on the inside that I did not know what was going on.

Johnson:   Did you look at your watch at that time when that lady told you that.

FORREST:   I did not pay it too much attention. I guess I had just looked not too long ago because I knew it was close to ten or 10:30.

Johnson:   You really are not sure of the time because you did not actually look at your watch?

FORREST:   No, Sir. I did not actually look at it. (Inaudible)

Johnson:   I did not understand you.

FORREST:   I was out here in the yard cutting the grass.

Johnson:   In front of Dr. Smith's home?

EXHIBIT D - STATEMENT OF CLARENCE BENARD FORREST

FORREST: Yes

Johnson: That will conclude the statement. The time is now 3:29 P. M.