IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**                                  **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 4:21-CV-110-MPM-JMV**

**DOUG EVANS, in his individual capacity,**
**JOHN JOHNSON, in his individual capacity,**
**WAYNE MILLER, in his individual capacity,**
**and JACK MATTHEWS, in his individual capacity**          **DEFENDANTS**

## JOINDER

**COMES NOW,** Defendant, John Johnson, in his Individual Capacity, by and through counsel, and files this Joinder in the following:

    1.     District Attorney Doug Evans's Motion to Dismiss **[Doc. 7]**.

This Defendant hereby adopts the assertions, argument and requests for relief in said filings that are applicable to D. A. Investigator John Johnson and files this Joinder indicating same.

**RESPECTFULLY SUBMITTED** this the 2nd day of August, 2022.

                                                             **JACKS| GRIFFITH| LUCIANO, P.A.**

                                     By:    /s/ *Jamie F. Lee*
                                                           Daniel J. Griffith, MS Bar No. 8366
                                                           Jamie F. Lee, MS Bar No. 101881
                                                           Attorneys for Defendant John Johnson

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: dgriffith@jlpalaw.com
         jamie@jlpalaw.com

## CERTIFICATE OF SERVICE

      I, Jamie F. Lee, attorney of record for John Johnson, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Joinder* to be delivered by the ECF Filing System which gave notice to the following:

> Mary Jo Woods
> Gerald L. Kucia
> MS Attorney General's Offie
> Email: mary.woods@ago.ms.gov
>       gerald.kucia@ago.ms.gov
> **Attorneys for Doug Evans**
>
> Hal S. Spragins, Esq.
> Lawrence John Tucker, Jr.
> Hickman, Goza & Spragins, PLLC
> Email: sspragins@hickmanlaw.com
>       lawrencetucker@hitkmanlaw.com
> **Attorneys for Wayne Miller**
>
> Berkley N. Huskison, I, Esq.
> Mitchell McNutt & Sams
> Email: bhuskison@mitchellmcnutt.com
> **Attorney for Jack Matthews**
>
> Jonathan L. Abram, Esq.
> Kaitlyn A. Golden, Esq.
> Kathryn Marshall Ali, Esq.
> W. David Maxwell, Esq.
> Email: jonathan.abram@hoganlovells.com
>       kaitlyn.golden@hoganlovells.com
>       kathryn.ali@hoganlovells.com
>       david.maxwell@hoganlovells.com
> **Attorneys for Plaintiff**
>
> Robert B. McDuff, Esq.
> Robert B. McDuff, Attorney
> Email: rbm@mcdufflaw.com
> **Attorney for Plaintiff**

      **DATED** this 2nd day of August, 2022.

                              /s/ ***Jamie F. Lee***
                              Jamie F. Lee