IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CURTIS GIOVANNI FLOWERS**                                       **PLAINTIFF**

**VS.**                              **CIVIL NO. 4:21CV00110-NBB-JMV**

**DOUG EVANS, ET AL.**                                            **DEFENDANTS**

### AMENDED ORDER STAYING CERTAIN PROCEEDINGS

This case is before the Court pursuant to L.U.CIV.R. 16(b)(3)(B). Rule 16(b)(3)(B) provides:

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

On October 21, 2021, Defendant Doug Evans filed a motion [7] to dismiss based in part on an immunity defense. Thereafter, this Court entered an order [9] staying the case pending a ruling said motion. Then, on August 2, 2022, Defendant John Johnson filed a Motion for Summary Judgment based upon absolute or qualified immunity [37], the filing of which should also stay the case pending a ruling on said motion.

Accordingly, all proceedings enumerated in Rule 16(b)(3)(B) are **STAYED**, pending a ruling on *both* immunity motions ([7] and [37]). Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the pending motions and shall submit a proposed order lifting the stay.

**SO ORDERED, THIS** the 3rd day of August, 2022.

1

2

/s/ Jane M. Virden
U.S. Magistrate Judge