IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CURTIS GIOVANNI FLOWERS;

    *Plaintiff*,

v.

DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity,
and JACK MATTHEWS, in his individual
capacity;

    *Defendants*.

Civil Action No. 4:21-cv-00110-NBB-JMV

**UNOPPOSED MOTION FOR EXTENSIONS OF TIME
REGARDING BRIEFING ON DEFENDANT JOHN JOHNSON'S
MOTIONS FOR ABSOLUTE OR QUALIFIED IMMUNITY AND JOINDER**

Curtis Giovanni Flowers ("Plaintiff" or "Mr. Flowers"), by and through counsel of record, respectfully moves this Court for an agreed extension of the deadlines for Mr. Flowers to respond to Defendant John Johnson's Motion for Absolute or Qualified Immunity, and request for Joinder, and states:

1. On December 1, 2021, Mr. Johnson filed an answer to the Complaint, ECF No. 33. On August 2, 2022, Mr. Johnson filed a motion for absolute or qualified immunity, ECF No. 37 and joinder to Defendant Doug Evans's Motion to Dismiss, ECF No. 39.

2. Pursuant to Local Rule 7(b)(4), Plaintiff's response to the motion and joinder is currently due on August 16, 2022.

3. Plaintiff and Defendants have been in engaged in recent and ongoing settlement negotiations in this matter that could resolve the case in its entirety.

3. Plaintiff respectfully requests that this Court extend the time for Plaintiff to respond to the motion and joinder to September 15, 2022.

4. Plaintiff has conferred with counsel for Mr. Johnson, who does not oppose this extension.

WHEREFORE, Mr. Flowers respectfully requests that this Court issue an order extending the time for Mr. Flowers to file his responses to September 15, 2022. A proposed order is being submitted.

Dated: August 9, 2022                             Respectfully submitted,

By: /s/ Robert B. McDuff.
Robert B. McDuff (MS Bar No. 2532)
Mississippi Center for Justice
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com
T. (601) 259-8484

Jonathan L. Abram (admitted *pro hac vice*)
W. David Maxwell (admitted *pro hac vice*)
Kaitlyn A. Golden (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
kaitlyn.golden@hoganlovells.com

Kathryn Marshall Ali (admitted *pro hac vice*)
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, DC 20001
T. (202) 651-2476
katie.ali@alilockwood.com

*Counsel for Plaintiff Curtis Giovanni Flowers*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

THIS the 9th day of August, 2022.

                                          By: /s/ Robert B. McDuff
                                          Robert B. McDuff (MS Bar No. 2532)