IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CURTIS GIOVANNI FLOWERS;

*Plaintiff*,

v.

DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity,
and JACK MATTHEWS, in his individual
capacity;

*Defendants*.

Civil Action No. 4:21-cv-00110-NBB-JMV

**ORDER GRANTING MOTION FOR EXTENSIONS OF TIME**

This case is before the court on Plaintiff's Unopposed Motion for Extensions of Time Regarding Briefing on Defendant John Johnson's Motion for Absolute or Qualified Immunity and Joinder. For the reasons stated in that motion it is hereby

ORDERED that Plaintiff's responses to Defendant John Johnson's Motion for Absolute or Qualified Immunity and Joinder shall be due on September 15, 2022.

It is so ordered this 15th day of August, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE