IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CURTIS GIOVANNI FLOWERS;

*Plaintiff*,

v.

DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity,
and JACK MATTHEWS, in his individual
capacity;

*Defendants*.

Civil Action No. 4:21-cv-00110-NBB-JMV

## ORDER

At the request of the parties, the court has determined that this matter should be stayed until May 1, 2023. Accordingly, the pending motions in this case are administratively terminated without prejudice at this time to be re-urged if necessary at a later date, and it is hereby

ORDERED that this action is stayed until May 1, 2023.

This the 26th day of September, 2022.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**