# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

CURTIS GIOVANNI FLOWERS;

    *Plaintiff*,

v.

DOUG EVANS, in his individual capacity,
JOHN JOHNSON, in his individual capacity,
WAYNE MILLER, in his individual capacity,
and JACK MATTHEWS, in his individual
capacity;

    *Defendants*.

Civil Action No. 4:21-cv-00110-NBB-JMV

## ORDER

At the request of the parties, the court determined that this matter should be stayed until May 1, 2023. The parties have now requested a 30-day extension of the stay and have shown good cause for said request. It is, therefore, hereby

ORDERED that the stay of this action is extended for an additional 30 days.

This the 9th of May, 2023.

                                                /s/ Neal Biggers
                                                **NEAL B. BIGGERS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**