# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CURTIS GIOVANNI FLOWERS; *Plaintiff*, v. DOUG EVANS, in his individual capacity, JOHN JOHNSON, in his individual capacity, WAYNE MILLER, in his individual capacity, and JACK MATTHEWS, in his individual capacity; *Defendants*. | Civil Action No. 4:21-cv-00110-NBB-JMV |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Curtis Giovanni Flowers and Defendants Doug Evans, John Johnson, Wayne Miller, and Jack Matthews hereby stipulate to the dismissal of this suit with prejudice.

Dated:  June 28, 2013

Respectfully submitted,

COUNSEL FOR PLAINTIFF

By: /s/ Robert B. McDuff
Robert B. McDuff (MS Bar No. 2532)
Mississippi Center for Justice
767 North Congress Street
Jackson, Mississippi 39202
rbm@mcdufflaw.com
Telephone: (601) 259-8484

Jonathan L. Abram (admitted *pro hac vice*)
W. David Maxwell (admitted *pro hac vice*)
Kaitlyn A. Golden (admitted *pro hac vice*)

HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
kaitlyn.golden@hoganlovells.com

Kathryn Marshall Ali (admitted *pro hac vice*)
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, DC 20001
T. (202) 651-2476
katie.ali@alilockwood.com



COUNSEL FOR DEFENDANT DOUG EVANS, in his individual capacity:

LYNN FITCH, Attorney General of Mississippi

/s/ Gerald L. Kucia
Gerald L. Kucia (MSB #8716)
Special Assistant Attorney General
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4072
Facsimile: (601) 359-2003
Gerald.Kucia@ago.ms.gov



COUNSEL FOR DEFENDANT WAYNE MILLER, in his individual capacity:

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Hickman, Goza & Spragins, PLLC
Post Office Drawer 668
Oxford, Mississippi 38655-0668
(662) 234-4000
sspragins@hickmanlaw.com

COUNSEL FOR DEFENDANT JACK MATTHEWS, in his individual capacity:

s/Berkley N. Huskison
Berkley N. Huskison (MSB #9582)
Mitchell, McNutt & Sams, P.A.
Post Office Box 1366
Columbus, Mississippi 39703-1366
Telephone: (662) 328-2316
Facsimile: (662) 328-8035
bhuskison@mitchellmcnutt.com

COUNSEL FOR DEFENDANT JOHN JOHNSON, in his individual capacity:

/s/ Daniel J. Griffith
Daniel J. Griffith, (MSB #8366)
Jacks Griffith Luciano, P.A.
150 North Sharpe Street
Post Office Box 1209
Cleveland, Mississippi 38732
Telephone: (662) 843-6171
Facsimile: 662) 843-6176
dgriffith@jlpalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Robert B. McDuff