# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

CURTIS GIOVANNI FLOWERS;

*Plaintiff*,

v.

DOUG EVANS, in his individual capacity, JOHN JOHNSON, in his individual capacity, WAYNE MILLER, in his individual capacity, and JACK MATTHEWS, in his individual capacity;

*Defendants*.

Civil Action No. 4:21-cv-00110-NBB-JMV

## ORDER DISMISSING CASE

In accordance with the Stipulation of Dismissal entered by the parties in the above-styled and numbered action on June 28, 2023, it is hereby **ORDERED** that this case is **DISMISSED with prejudice** and closed.

This 29th day of June, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE